In the Matter of the Estate of Nunzio Arduini, Deceased.
Veronica Arduini, as Administratrix, etc., of Nunzio Arduini,
Deceased, Respondent, *v.* Banco di Napoli, Appellant.

First Department, December 14, 1934.

*Albert R. Connelly* of counsel [*Cravath, de Gersdorff, Swaine & Wood*, attorneys], for the appellant.

*Charles G. Coster* of counsel [*A. Ralph D'Andrea* with him on the brief; *A. Ralph D'Andrea*, attorney], for the respondent.

Per Curiam. The Surrogate's Court has no jurisdiction to direct payment of a debt by summary order. (*Matter of Brazil*, 219 App. Div. 594; *Matter of Thomas*, 235 id. 450; Id. 455; *Matter of Hammer*, 237 id. 497.)

The order appealed from should be reversed, with twenty dollars costs and disbursements, and motion denied.

Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Order reversed, with twenty dollars costs and disbursements, and motion denied.